## MEMORANDUM DECISIONS

COMMERCIAL NAT. SAFE DEPOSIT CO. v. MEADER FURNITURE CO. (Circuit Court of Appeals, Sixth Circuit. January 6, 1913.) No. 2,404. In Error to the Circuit Court of the United States for the Southern District of Ohio; Howard C. Hollister, Judge. Harmon, Colston, Goldsmith & Hoadly, of Cincinnati, Ohio, and Calhoun, Lyford & Sheean, of Chicago, Ill., for plaintiff in error. Lawrence Maxwell, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Dismissed on stipulation of counsel. For decision of Circuit Court, see 192 Fed. 616.

CONSOLIDATED ENGINEERING CO. v. MONASH-YOUNKER CO. (Circuit Court of Appeals, Seventh Circuit. January 7, 1913.) No. 1,855. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Illinois. C. Clarence Poole, of Chicago, Ill., for appellant. Thomas A. Banning and Samuel W. Banning, both of Chicago, Ill., for appellee.

PER CURIAM. Appeal dismissed pursuant to stipulation of counsel. See, also, 187 Fed. 141.

CONSOLIDATED RUBBER TIRE CO. v. B. F. GOODRICH CO. (Circuit Court of Appeals, Seventh Circuit. February 7, 1913.) No. 1,948. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois; Christian C. Kohlsaat, Judge. Charles C. Linthicum, of Chicago, Ill., Charles W. Stapleton, of New York City, and Border Bowman, of Springfield, Ohio, for appellant. Samuel E. Hibben, of Chicago, Ill., Charles Neave, of New York City, and Edward Rector, of Chicago, Ill., for appellee.

PER CURIAM. Decree of District Court (195 Fed. 764) reversed, and cause remanded.

CONSOLIDATED RUBBER TIRE CO. v. REPUBLIC RUBBER CO. (Circuit Court of Appeals, Seventh Circuit. February 7, 1913.) No. 1,949. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois; Christian C. Kohlsaat, Judge. Charles C. Linthicum, of Chicago, Ill., Charles W. Stapleton, of New York City, and Border Bowman, of Springfield, Ohio, for appellant. Russell Wiles and P. C. Dyrenforth, both of Chicago, Ill., for appellee.

PER CURIAM. Decree of District Court (195 Fed. 768) reversed, and cause remanded.